Beth Rish, Plaintiff, v. George Rish, Defendant-
Appellee, Bernard Sevin, Intervening Petitioner-
Appellant.

Gen. No. 46,870. 

First District, First Division.

June 21, 1956.

Rehearing denied September 11, 1956.

Released for publication September 12, 1956.

Sol R.
Friedman & I. S. Friedman, for Bernard Sevin, appellant; Ralph
R. Levey, and Mortimer, Nolan, O'Malley & Dunne for George
Rish, appellee; Robert J. Nolan, Patrick W. Dunne, and Ralph R.
Levey, of counsel. Opinion by JUDGE NIEMEYER. **Not to be
published in full.**